# United States Bankruptcy Court
## Northern District of Alabama

In re  AIG Baker Vestavia, L.L.C.
                              Debtor(s)

Case No. _____
Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of AIG Baker Shopping Center Properties, L.L.C., the sole member of the limited liability company named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  April 26, 2010

Ronald R. Day/Chief Financial Officer of AIG Baker Shopping Center Properties, L.L.C.
Signer/Title

ADT Security Systems
East Exposition Avenue
Aurora, CO 80012

Alabama Gas Corporation
PO Box 2224
Birmingham, AL 35246

Alabama Power
#2 Industrial Park
Pelham, AL 35124

Allied Waste
3950 50th Street SW
Birmingham, AL 35212

AT&T
PO Box 105262
Atlanta, GA 30348

Commercial Building Services
3979 Parkwood Rd., #115-104
Bessemer, AL 35022

Compass Bank
701 32nd St S
Birmingham, AL 35296

Compass Bank
c/o Jerry W. Powell
15 South 20th Street
Birmingham, AL 35233

Compass Bank
PO Box 10566
Birmingham, AL 35296
Attn: Birmingham Real Estate Banking

CT Corporation
1201 Peachtree Street, NE
Atlanta, GA 30361

Fincher Fire Protection Inc.
PO Box 10025
Birmingham, AL 35202

Forsyth Consulting, Inc.
3332 Old Montgomery Hwy
#216
Birmingham, AL 35209

Home Depot Credit Services
PO Box 9055
Des Moines, IA 50368

1

JT Smallwood Tax Collector
716 R. Arrington Jr. Blvd. N, #160
Birmingham, AL 35203

King & Spalding LLP
c/o Missy Heinz
1180 Peachtree Street
Atlanta, GA 30309

Propst Properties, LLC
401 Meridian Street STE 101
Huntsville, AL 35801

Propst Properties, LLC
c/o CT Corporation System
2 North Jackson St.
Suite 605
Montgomery, AL 36104

Propst Vestavia, LLC
401 Meridian Street STE 300
Huntsville, AL 35801

Propst Vestavia, LLC
c/o CT Corporation System
2 North Jackson St.
Suite 605
Montgomery, AL 36104

Regions Bank
1900 Fifth Ave N
Birmingham, AL 35203

Regions Bank
C/O CSC Lawyers Incorporating Svc Inc
150 S Perry St
Montgomery, AL 36104

Retail Specialists, Inc.
2701 1st Ave. South, #200
Birmingham, AL 35233

Servpro of South Jefferson
10 Monroe Drive
Pelham, AL 35124

Siemens Building Tech.
285 Cahaba Valley Parkway N
Birmingham, AL 35242

Standard Heating & AC Co.
520 8th Street South
Birmingham, AL 35217

2

Terminix Processing Center
1816 Tin Valley Circle
Birmingham, AL 35235

3